FILED

2023 MAR 30 PM 2:37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____ Division

## CIVIL RIGHTS COMPLAINT FORM

Richard Logsdon

CASE NUMBER: 5:23-CV-215 TPBPRL
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Sheriff Woods

Chaplain Oliver

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Marion County Jail. Ocala, FL
(Indicate the name and location)
3290 NW 10th St  34475

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Richard Logsdon 0256515

   Mailing address: Marion County Jail

   3290 NW 10th St Ocala, FL 34475

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Oliver (Chaplain)

   Mailing Address: Marion County Jail

   3290 NW 10th St. Ocala, FL 34475

   Position: Chaplain

   Employed at: Marion County Jail

D. Defendant: Williams Woods

   Mailing Address: 3290 NW 10th St Ocala, FL 34475

_____

DC 225 (Rev 2/2012)                                 3

Position: Sheriff

Employed at: Marion County Jail/Marion County Sheriff Office

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Defendants under the color of law have violated Plaintiffs:

① I Amendment right to freely exercise his religious belief

② XIV Amendment right of &due process and equal protection by failing to allow grievance to be filed and allowing others to receive kosher

③ RLUIPA and PRLA

④ VIII Amendment cruel and unusual punishment resulting in physical harm.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

① Plaintiff is a pretrial detainee at Marion County Jail (MCJ). When booked in Plaintiff told sergeant he is Jewish and requires a kosher diet. Plaintiff was informed to file a request to Defendant Chaplain Oliver.

② Defendant Sheriff Woods is in charge of the county jail and is responsible for those under his employ and those housed in MCJ, specifically Plaintiff.

③ Plaintiff submitted request to Oliver to receive kosher diet. On 1-23-2023 Plaintiff received dietary form. The form was submitted on 1-24-2023 to Oliver.

③ On 1.31.2023 Plaintiff submitted another request indicating the RLUIPA was being violated as he had not received kosher. Oliver responded he never received the form and asked for the second one to be filled out. On 2.5.2023 it was resubmitted.

④ When Oliver failed to respond Plaintiff submitted request to speak with the sector sgt. After speaking with the sgt, Plaintiff was informed Oliver was not going to allow Plaintiff to receive the kosher diet as he did not provide a name or a phone number. (Plaintiff provided such on both forms and the first request).

⑤ 2.27.2023 Plaintiff submitted a request to file a formal grievance. No response has been forthcoming. All administrative remedies has been exhausted.

⑥ Due to Wood's not instructing his employees to ensure procedure is followed Plaintiff was not afforded due process, and making sure such is followed.

⑦ Due to Oliver's failure to allow the Plaintiff the kosher meal - when he was provided the name of a pastor and his number to verify his Jewishness and keeping Kosher Plaintiff has suffered: significant weight loss, dizziness, headaches, continual hunger, as he is unable to consume the regular diet as it violates his religious belief. The regular meal has had hair, bugs and fingernails found in the food.

⑧ Defendant Oliver told Plaintiff on March 15.2023 that even though he spoke with the pastor and the pastor verified Plaintiff keeps Kosher and is Jewish, that was not good enough and to go ahead and file his suit.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff seeks the following:

DC 225 (Rev 2/2012)

6

① Injunctive relief ordering Defendants to provide Plaintiff the kosher diet.
② Punitive damages for physical harm against each Defendant in his individual capacity for a sum of $120,000 each.
③ Compensatory damages against Defendants in his individual and/or official capacity for a sum of $85,000°° each.
④ Declatory relief against Defendants in their individual and/or official capacity for the sum of $50,000°° each
⑤ Nominal damages in the sum of $1 against each Defendant.
⑥ Reimbursement of all court costs, filing fees and copies, and other relief as this court deems appropriate.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___16___ day of ___March___, _2023_.

_Richard Logsdon_
(Signatures of all Plaintiffs)

IF MAILED BY PRISONER:
I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____, 20____.