Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_____ Division

| | |
|---|---|
| Richard Albert Logsdon <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Billie Woods, Sheriff <br> Oliver, Chaplain <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 5:23-cv-00215-TPB-PRL <br> *(to be filled in by the Clerk's Office)* <br> 5:23-cv-215-TPB-PRL |

Amended Complaint

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name**: Richard Albert Logsdon
- **All other names by which you have been known:**
- **ID Number**: 0256515
- **Current Institution**: Marion County Jail
- **Address**: 3290 NW 10th ST
  - City: Ocala
  - State: FL
  - Zip Code: 34475

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name**: Billie Woods
- **Job or Title** (if known): Sheriff
- **Shield Number**: UNK
- **Employer**: Marion County Sheriff's Office
- **Address**: 692 NW 30th Ave
  - City: Ocala
  - State: FL
  - Zip Code: 34475
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- **Name**: Oliver
- **Job or Title** (if known): Chaplain
- **Shield Number**: 6547
- **Employer**: Marion County Sheriff's Office
- **Address**: 692 NW 30th Ave
  - City: Ocala
  - State: FL
  - Zip Code: 34475
- [✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City    State    Zip Code
☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City    State    Zip Code
☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and unusually punishment VIII Amendment
Equal protection clause U.S.C.A. V and XIV Amendment
The right to practice my religious belief U.S.C.A. I/RLUIPA and PRLA (see attachment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Defendants deprived Plaintiff of a Federal right to freely exercise his religious belief, and equal protection of such by acting under color of state law, when they substantially burdened such right with authority possessed by virtue of their employment with the state. (see attachment)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Marion County Jail  3290 NW 10th ST  Ocala, FL  34475  January 14, 2023

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 14, 2023 to the present

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Dramatic weight loss (222 lbs down to 198 lbs). Headaches, dizziness, weakness, unable to sleep. Signed up for sick call. Doctor refused to address issue - she only stated I need to eat. Loss of muscle mass.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Injunctive relief ordering Defendants to provide Plaintiff with Kosher diet.
2) Punitive damages for physical harm against Defendant(s) for a sum of $250,000 each.
3) Compensatory damages against Defendant(s) for a sum of $150,000 each.
4) Declatory relief against Defendant(s) for a sum of $60,000 each.
5) Nominal damages as this Court or Jury deems appropriate against each Defendant.
6) Reimbursment of all court costs; and attorney fees if Plaintiff obtains counsel, and filing fees.
7) Any and all relief this Court deems appropriate.
8) A jury trial of all issues capable of being determined by a jury.

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Marion County Jail Ocala FL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance?

_____

3. What was the result, if any?

_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

I have not been allowed to file a grievance.

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I submitted a request to speak with the sector sgt. (name unknown). He sent an email to Defendant Oliver. Sector sgt informed Plaintiff he was denied due to not being able to verify Plaintiff was Jewish.

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Please see attached exhibits (9 in total)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~November 21, 2023~~ June 14, 2023

Signature of Plaintiff: Richard Albert Logsdon
Printed Name of Plaintiff: Richard Albert Logsdon
Prison Identification #: 0256515
Prison Address: 3290 NW 10th St
Ocala, FL 34475

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

II. Basis for Jurisdiction

B. ① First Amendment Free Exercise of Religion
② First Amendment Establishment of Religion
③ Religious Land Use and Institutionalized Persons Act
④ Fourteenth Amendment Equal Protection
⑤ Eighth Amendment Cruel and Unusual Punishment

D. First Amendment Free Exercise of Religion

The kosher diet is fundamental to Plaintiff's religious beliefs. By requiring Plaintiff to get confirmation from an outside religious organization in order to obtain a kosher diet is a hinderance to the free exercise of religion. Requiring outside confirmation is a self-imposed policy instituted by the Defendants.

First Amendment Establishment of Religion

The Defendants conspired to violate Plaintiffs rights to provide him a kosher diet. Defendants acted deliberately in refusing to give him a kosher diet without prior verification of his religious status.

Religious Land Use and Institutionalized Persons Act

Defendants instituted an unconstitutional policy, by requiring Plaintiff to get verification of his religious beliefs from an outside organization. This "verification policy" is a substantial burden and denies Plaintiff the opportunity to sincerely practice the religion of his choice. The "verification policy" is found in the Inmate Handbook page 21, in the revised edition of October 2021.

Fourteenth Amendment Equal Protection

Plaintiff is similarly situated as others who have been approved for a kosher diet. Plaintiff provided a name and number to verify his religious beliefs. Plaintiff then provided names of institutions to contact to also verify his religious beliefs. However, Defendants denied Plaintiffs equal protection by denying Plaintiff a kosher diet but authorized others for the kosher diet.

Eighth Amendment Cruel and Unusual Punishment

Plaintiff has suffered significant weight loss and other adverse physical effects from lack of nutrition such as: loss of muscle mass and strength, lost weight at an unhealthy rate, lightheadedness and fatigue. Due to such, Plaintiff has suffered emotional damage.

STATEMENT OF CLAIM

1) Plaintiff is a pretrial detainee at Marion County Jail in Ocala, Florida. At the time of being booked in (January 14, 2023) Plaintiff told the booking officer (name unknown) that he is Jewish and requires a kosher diet. The booking officer stated a request had to be sent to the chaplain for approval.

2) Plaintiff submitted request to Defendant Oliver to be placed on kosher diet. Oliver responded on January 23, 2023 stating Plaintiff was to complete a religious dietary form. On January 24, 2023 Plaintiff submitted the completed form. (Exhibit 1)

3) January 31, 2023 Plaintiff submitted another request saying he had not received the kosher diet. Plaintiff was given another form, to which he submitted such on the 5th of February, 2023. (Exhibit 7) (Exhibit 2)

4) When Oliver failed to respond, Plaintiff submitted request to speak with the sector sgt. After speaking with the sgt (name unknown) the sgt. sent an email to the chaplain concerning the issue. (Exhibit 3)

5) The following day the sgt informed Plaintiff that he was not going to receive the kosher diet as he did not provide a name or a phone number to verify such. The issue is, Plaintiff did provide such on both forms, as well as the first request. (Exhibit 6,7)

6) February 27, 2023 Plaintiff submitted a request to file a formal grievance. No response has been forthcoming. All administrative remedies has been exhausted to the best of Plaintiff's ability. (See attached exhibits) (Exhibit 4)

7) On the eleventh of June, 2023 Plaintiff filed his third request since April of 2023 indicating his religious diet could be verified by contacting FDOC Columbia or FDOC Hamilton. (Exhibit 5)

8) June 13, 2023 Plaintiff was hand delivered a response from Oliver addressing the request. That response in part says," You were responded to on 1/23/23 and 2/9/2023, with denials due to "unable to verify." The two requests Plaintiff submitted was after April. The third request clearly states, "This is the third request I have submitted to you **since April**. I am Jewish. I am registered as Jewish in DOC Columbia and DOC Hamilton. (Exhibit 5)

9) The form (which is attached) states that I am to provide a name, and contact information of affiliated group. Plaintiff provided such. The Defendant was not pleased with this and denied such diet. (Exhibit 6,7).

10) This form is a substantial burden on Plaintiff. The Bible clearly states a follower of G-d is to adhere to a kosher diet (Leviticus). Plaintiff has provided a name and a number to which Defendant Oliver could contact, to which he did. That contact told Oliver that Plaintiff does keep kosher and is Jewish.

11) Plaintiff then provided Oliver with two institutions here in Florida that he could have contacted but refused to do so. (Exhibit 5).

12) Defendant Woods authorized the use of this form and has agreed with Defendant Oliver.

13) This dietary form has imposed a substantial burden on the Plaintiff as he cannot exercise his religious belief. Plaintiff has consistently told the Defendant his religion requires him to keep kosher.

14) Other inmates in this pod - House of Yahweh, Muslim, Christian - are receiving the kosher diet and provided contact information and/or FDOC information to get such. Plaintiff has provided the same information but is being denied the kosher diet.

15) When being booked in Defendant Woods has instructed his officers to refer any religious diet to the Defendant Oliver at the time of being booked in, thus resulting in a substantial burden of free exercise of Plaintiff's religious rights.

16) On June 13, 2023 Plaintiff filed a request to submit a formal grievance against Oliver for his denial in regards to paragraph 14.

17) On April 9, 2023 at approximately one (1) p.m. Defendant Oliver came into wing A of G pod. Plaintiff spoke with Oliver about the kosher diet. Oliver told Plaintiff to submit a Request. (Plaintiff calls this video/audio recording as evidence as well as the meeting on April 15, 2023 and June 13, 2023 as further evidence). Plaintiff submitted three requests since that day.

18) Plaintiff has no recourse but to file this complaint as the Defendant's have caused Plaintiff to violate his ability to practice his religion, in that he has to consume food contrary to his religious belief, and has caused harm to Plaintiff, in that he has lost weight, muscle mass, and has/is experiencing headaches, dizziness, and fatigue, and loss of strength, and emotional damage.



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ✓ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | OTHER | ☐ |

FROM (PLEASE PRINT):

Richard Logsdon
(Inmate Name)

0256515
(Pin Number)

January 24, 2023
(Date)

GA
(Pod/Section/Cell #)

6332
(Received from inmate by Officer Signature and ID #)

1/24/23
(Date/Time)

REQUEST/COMPLAINT:

Please find attached Dietary Request Form

RESPONSE:

Denied: Unable to establish religious affiliation

Oliver 6547
(Response to inmate by Officer Signature and ID #)

2/7/23
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

Richard Logsdon
6/A

## Detention Bureau
### Religious Dietary Request Form

Please answer the following questions in order for us to update our records:
(Attach supplemental paperwork to document responses as necessary.)

1. What are the religious dietary laws (list)/or verses used in which you must adhere to that require these dietary practices? Kosher   Jewish law  Leviticus (Vayikra)

2. List contact information/address for religious group you are affiliated with. (For example, Church, Synagogue, House of Worship, etc). Attend various shuls in Louisville, Kentucky. No set place of worship. Still celebrated festivals and shabbat

3. Person(s) to contact to verify your affiliation with religious group. (Pastor, Elder, Imam, Rabbi, etc). John   502 773-5477 (Worship pastor at his Church

To ensure the sincerity of your beliefs and before Religious Diet request is approved, please consider and initial the following:

- __RL__ I understand that my canteen account must not contain any pork or vegan meat products.

- __RL__ I understand the following: I purchase pork or vegan products from canteen, or if I consume meat products, drink dairy products, or trade my vegan tray, seen eating these items, or if Kosher observed eating non-kosher products, I will be removed from the Religious Diet for 30 days.

- __RL__ If I am taken off the Religious Diet for any reason I may reapply after 30 days for the first removal, 60 days after the 2nd, and 90 days after the 3rd.

Inmate's Signature: Richard Logsdon   Date: 1 / 23 / 2023

***This portion to be filled out by Chaplain's office***

| Diet: Kosher | Faith Group: Messianic |
|---|---|
| Approved___ Denied _X_ | Reason: Unable to establish religious affiliation |

Revised on 07/03/19 MS

Richard Logsdon
6/A
2/2/23

## Detention Bureau
### Religious Dietary Request Form

Please answer the following questions in order for us to update our records:
(Attach supplemental paperwork to document responses as necessary.)

1. What are the religious dietary laws (list)/or verses used in which you must adhere to that require these dietary practices? Kosher (Kashrut) Leviticus dietary laws.

2. List contact information/address for religious group you are affiliated with. (For example, Church, Synagogue, House of Worship, etc). Attend various Shuls and places of worship (502) 773-5477

3. Person(s) to contact to verify your affiliation with religious group. (Pastor, Elder, Imam, Rabbi, etc). John -(502) 773-5477 Worship Pastor

To ensure the sincerity of your beliefs and before Religious Diet request is approved, please consider and initial the following:

- **RL** I understand that my canteen account must not contain any pork or vegan meat products.

- **RL** I understand the following: I purchase pork or vegan products from canteen, or if I consume meat products, drink dairy products, or trade my vegan tray, seen eating these items, or if Kosher observed eating non-kosher products, I will be removed from the Religious Diet for 30 days.

- **RL** If I am taken off the Religious Diet for any reason I may reapply after 30 days for the first removal, 60 days after the 2nd, and 90 days after the 3rd.

Inmate's Signature: Richard Logsdon     Date: 2/4/23

***This portion to be filled out by Chaplain's office***

Diet: Kosher     Faith Group:

Approved___ Denied X     Reason: Unable to establish religious affiliation

Revised on 07/03/19 MS

Exhibit 5



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:

FOOD SERVICES ☐
LAW LIBRARY ☐
PROGRAMS ☐
PROPERTY ☐
CHAPLAIN ☒

CANTEEN/INMATE ACCOUNTS ☐
CLASSIFICATIONS ☐
PUBLIC DEFENDER ☐
DISCIPLINARY REPORT APPEALS ☐
OTHER ☐

FROM (PLEASE PRINT):

Richard Logsdon
(Inmate Name)

0156515
(Pin Number)

6/11/2023
(Date)

GA
(Pod/Section/Cell #)

_____
(Received from inmate by Officer Signature and ID #)

_____
(Date/Time)

REQUEST/COMPLAINT:

This is the third request I have submitted to you since April. I am Jewish I am registered as Jewish w/ DOC Columbia and DOC Hamilton. "I WANT AND AM REQUESTING THE KOSHER DIET."

You have refused to respond to the previous two requests.

RESPONSE:

You were responded to on 1/23/23 and 2/7/23 with denials due to "unable to verify". I have attached copies of both responses for your review. Your statement "refused to respond" is incorrect. You should also have received a response on 6/1/23 with information on how to obtain a Torah from Jewish Prisoner Services.

Oliver 6547
(Response to inmate by Officer Signature and ID #)

6/13/23
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10