UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA, FLORIDA

Richard Logsdon

v.

Billie Woods, William Oliver

Case No. 5:23-cv-215-TPB-PRL

FILED - USDC - FLMD - OCA
JUL 19 2024 am 11:24

## DECLARATION FOR ENTRY OF DEFAULT

Richard Logsdon, hereby declares:

1. I am the Plaintiff herein. The third amended complaint herein was declared as the operative complaint on the 30th day of May, 2024 (Doc. 35).
2. The Court files and record herein show that the defendants were ordered to answer or respond to the third amended complaint within 21 days from the 30th day of May, 2024 (Doc. 36).
3. More than 21 days have elapsed since the date of the Court imposed deadline.
4. The defendants have failed to answer or otherwise defend as to plaintiff's complaint, or serve a copy of any answer or any defense which it might have had, upon affiant herein.
5. Defendants are not in the military service and are not infants or incompetents.

I declare under the penalty of perjury that the foregoing is true and correct, and I certify a true correct copy has been forwarded to defendant's attorney Gary M. Glassman, Esq. at P.O. Box 4973 Orlando, FL 32802-4973 this 16th day of July, 2024

/s/ Richard Logsdon

Richard Logsdon
0256515
3290 NW 10th ST
Ocala, FL 34475

Richard Logsdon
0256515
3290 NW 10th ST
Ocala, FL 34475

JACKSONVILLE FL 320
17 JUL 2024 PM 3 L

INMATE MAIL

SCREENED By USMS

United States District Court
Middle District
Ocala Division
207 NW Second Street, #337
Ocala, FL 34475-6666